IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO.: 25-mj-3261-EA |
| | * | |
| TAHSEEN DAKHEEL SAMO | * | |
| | * | |
| Defendant. | * | |
| | * | |

******

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for sealing as presented therein, and it is this 22nd day of December 2025, **ORDERED** that the above-captioned matter shall be **UNSEALED**, for the purposes outlined in the Government's Motion.

It is further **ORDERED** that the Clerk of the Court provide one certified copy of this Order to the United States Attorney's Office.

Honorable Douglas R. Miller
United States Magistrate Judge

3